UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BASIC FOOD GROUP, LLC,

               Debtor.

JAE HO LEE, SOYOUN PARK, and
BASIC FOOD GROUPS, LLC,

               Plaintiffs,
        v.

AHNE LAW, P.C., SAMUEL AHNE, and
CHEOL MIN KIM,

               Defendants.

**Bankruptcy Appeal**
**Scheduling Order**

26-cv-00290 (ER)

     The above entitled Bankruptcy Appeal has been assigned to Judge Ramos.  Notice of Appeal was docketed in the District Court on **January 13, 2026**.  The attention of all parties is directed to Rule 8018 of the Federal Bankruptcy Rules, which provides for the dates within which briefs are to be served and filed.  That rule will be adhered to.

     The Court will advise the parties of the date and time of any oral argument to be scheduled.

     It is SO ORDERED.

Dated:  February 3, 2026
      New York, New York

                                           _____
                                           Edgardo Ramos, U.S.D.J.